James **BUTLER**, Plaintiff–Appellant,

v.

**UNITED STATES DEPARTMENT OF JUSTICE; S. Dewalt, Warden; United States of America, Defendants–Appellees.**

No. 07–7418.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2007.

Decided Dec. 28, 2007.

James Butler, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Butler appeals the district court's order granting summary judgment to Defendants in his suit under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butler v. DeWalt,* No. 1:05–cv–00387–WMN (D.Md. filed July 24, 2007 & entered July 25, 2007). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*